J. ANDREW HOWARD (State Bar No. 268269)
JEFFREY A. ROSENFELD (State Bar No. 136896)
ALEXANDER AKERMAN (State Bar No. 280308)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone:  213-576-1000
Facsimile:  213-576-1100
E-mail:    andy.howard@alston.com
          jeffrey.rosenfeld@alston.com
          alex.akerman@alston.com
Attorneys for Defendant SOCCER STADIUM CO, LLC;
THE YUCAIPA COMPANIES, LLC;
and RONALD W. BURKLE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A. MORTENSON COMPANY, a Minnesota corporation,, <br><br> Plaintiff, <br><br> v. <br><br> SOCCER STADIUM CO, LLC, a California limited liability company; THE YUCAIPA COMPANIES, LLC, a Delaware limited liability company; RONALD W. BURKLE, an individual; and MATT ALVAREZ, an individual, <br><br> Defendants. | Case No. 2:21-CV-01439-KJM-KJN <br> Honorable Kimberly J. Mueller <br> [Assigned to the Dept. 3] <br><br> **ORDER TO EXTEND STAY** <br><br> Filing Date: August 12, 2021 <br> Trial Date:  None Set |

# ORDER

Having considered Plaintiff M.A. Mortenson Company ("Plaintiff") and Defendants Soccer Stadium Co, LLC, The Yucaipa Companies, LLC, and Ronald W. Burkle (the "SSC Defendants") and Defendant Matt Alvarez (collectively the "Parties") Second Stipulation to Stay, the Court finds good cause exists to extend the stay of this Action so that the Parties may mediate this dispute. IT IS HEREBY ORDERED the stipulation is approved in its entirety.

1. This Action is hereby stayed until 12:01 a.m. on March 1, 2022, at which time it will automatically expire unless extended by stipulation of the Parties and order of this Court.

2. For so long as the stay is in effect, this Action is stayed in its entirety. All deadlines and obligations are stayed, and the stay shall operate to toll any and all such deadlines and obligations from October 5, 2021 through the expiration of the stay.

3. Prior to the expiration of the stay, any Party may request that the Court lift the stay. If the Court orders the stay lifted, all Defendants will have seven days from the date of the order lifting the stay to respond to Plaintiff's Complaint.

4. If the Parties wish to extend the stay beyond the date indicated in paragraph 1 above, then Parties shall submit a further stipulation to the Court seeking to extend the stay.

5. If the Parties are unable to resolve this dispute and the stay expires, all Defendants will have seven calendar days or five business days, which-ever is longer, from the expiration of the stay to respond to Plaintiff's Complaint.

///

6. Nothing in the Parties Stipulation to Extend the Stay shall constitute a waiver of any substantive or procedural challenge to the Complaint, or any other defense or argument that Defendants may assert, except to the extent mediation occurs, any prelitigation mediation requirements will have been deemed satisfied as to the parties attending mediation.

**IT IS SO ORDERED.**

DATED: January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE